IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19–CV–260–BR

| JUDSON WITHAM, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| TERRENCE BOYLE, *Chief U.S. District Judge*; THE 4TH CIRCUIT COURT OF APPEALS; U.S. SUPREME COURT; NEW YORK STATE; and INTERNATIONAL PAPER CORP., | ) |
| | ) |
| Defendants. | ) |

This matter is before the court on Judson Witham's ("plaintiff") objection to Magistrate Judge Robert B. Jones, Jr.'s Memorandum and Recommendation ("M&R") recommending the dismissal of plaintiff's complaint.

Upon de novo review of the M&R (DE # 9), the complaint (DE # 1), plaintiff's objection to the M&R (DE # 10), and plaintiff's additional document submissions (DE ## 7, 8, 11-14); the court ADOPTS the M&R as its own and OVERRULES the objections to the M&R, finding that the M&R sufficiently explains the basis for dismissal of this action.

For the reasons stated in the M&R, plaintiff's complaint is DISMISSED. The clerk is DIRECTED to close this case.

This 23 October 2019.

_____
W. Earl Britt
Senior U.S. District Judge