IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19–CV–260–BR

| JUDSON WITHAM, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| TERRENCE BOYLE, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

This matter is before the court on Judson Witham's ("plaintiff") 31 December 2019 *pro se* motion for removal and to change venue. (DE # 17.)

On 23 October 2019, this court adopted Magistrate Judge Robert B. Jones, Jr's Memorandum and Recommendation, thereby dismissing plaintiff's complaint. At that time, plaintiff's case was closed. Plaintiff's motion is DENIED.

This 24 February 2020.

_____
W. Earl Britt
Senior U.S. District Judge